IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-00261-STV

MICHAEL LEVINE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

VITAMIN COTTAGE NATURAL FOOD MARKETS, INC. d/b/a NATURAL GROCERS,

    Defendant.

## NOTICE OF SUPPLEMENTAL AUTHORITY

In support of its pending Motion for Partial Judgment on the Pleadings and Determination of Law ("Motion") (Dkt 162), Defendant Vitamin Cottage Natural Food Markets, Inc., d/b/a Natural Grocers ("Defendant"), respectfully gives notice of the recent decision in *Phillips v. Subway of Cherry Creek, Inc.,* Denver County District Court Case No. 2020CV33717 (attached as **Exhibit 1**) issued on April 20, 2022.

*Phillips* was first cited by Plaintiff in his Response to Defendant's Motion. In Plaintiff's Response, Plaintiff stated that "the *Schroetlin* Judge currently is reconsidering his pre-*Pilmenstein* order." Dkt. 170, p. 12. In its April 20, 2022 order, the *Phillips* court reaffirmed its decision in *Schroetlin*, stating: "Unlike the circumstance described in this Court's order in *Schroetlin v. Alpine Disposal Inc.*, 20CV31813, Plaintiff's minimum wage claim is not grounded in or linked to the overtime provisions of the Wage Claim Act." Exhibit 1, ¶ 3. This decision squares with Defendant's argument that, where a party asserts allegations of failure to pay overtime compensation, rather than minimum wage violations, such allegations are cabined by the cause of action and statute of limitations contained in the Colorado Wage Claim Act, which does not allow

for the six-year limitations period that Plaintiff is trying to graft on to his claim here, one that is solely for alleged failure to pay overtime. Colo. Rev. Stat. §§ 8-4-110, -122. Moreover, the *Phillips* court also echoed Defendant's concerns with the United States District Court for the District of Colorado's decision in *Sobolewski v. Boselli & Sons, LLC*, 342 F. Supp.3d 1178, 1187-89 (D. Colo. 2018). *See* Exhibit 1, ¶¶ 4-6.

For the reasons set forth in Defendant's Motion, and for the reasons herein, the Court should grant the Motion.

Dated: April 22, 2022.

Respectfully submitted,

*s/Steven M. Gutierrez*
Steven M. Gutierrez
Austin Jensen
HOLLAND & HART LLP
555 17th Street
Suite 3200
Denver, CO 80202
Ph: (303) 295-8000
sgutierrez@hollandhart.com
awjensen@hollandhart.com

Jeremy B. Merkelson
HOLLAND & HART LLP
901 K Street NW
Suite 850
Washington DC 20001
Ph: (202) 654-6919
jbmerkelson@hollandhart.com

**Attorneys for Defendant Vitamin Cottage Natural Food Markets, Inc. d/b/a Natural Grocers**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2022, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jason J. Conway
Conway Legal, LLC
1700 Market Street
Suite 1005
Philadelphia, PA 19103
Ph: (215) 278-4807
jconway@conwaylegalpa.com

Brian David Gonzales
Brian D. Gonzales, PLLC
2580 East Harmony Road
Suite 201
Fort Collins, CO 80528
Ph: (970) 214-0562
bgonzales@coloradowagelaw.com

**ATTORNEYS FOR PLAINTIFFS**

                                                s/*Steven Gutierrez*

18714846_v2