IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

Civil Action: 20-cv-00261-STV     Date: May 31, 2023
Courtroom Deputy: Monique Ortiz     FTR – Reporter Deck-Courtroom 402A

| | |
|---|---|
| *Parties:* | *Counsel:* |
| MICHAEL LEVINE | Jason Conway (by phone) |
| Plaintiff, | |
| v. | |
| VITAMIN COTTAGE NATURAL FOOD MARKETS, INC. | Steven Gutierrez<br>Austin Jensen |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**
**Court in session:  2:34 p.m.**
Court calls case.  Appearances of counsel.  Jonathan Dhillon, General Counsel for Defendant, also present by phone.

This matter is before the court regarding the status of the case.  Discussion regarding the significant impact that the court's Order [ECF Doc. No. 280] will have on the following pending motions:  Plaintiff's Omnibus Motion and Memorandum of Law for Partial Summary Judgment [ECF Doc. No. 224], Defendant Natural Grocer's Motion for Partial Summary Judgment [ECF Doc. No. 225], Plaintiff's Omnibus Motion and Memorandum of Law to Exclude the Testimony of Brian Grieser [ECF Doc. No. 227] and Defendant's Motion to Partially Exclude Testimony of Plaintiff's Expert Witness Dr. L. Scott Baggett [ECF Doc. No. 263].

Arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:**     The Motions [ECF Doc. Nos. 224, 225, 227 and 263] are **DENIED without prejudice**.  The parties shall have until June 30, 2023 to file renewed dispositive motions and challenges.  Responses will be due in twenty-one days.  Replies will then be due in fourteen days.

Parties shall meet and confer regarding the duration of the trial.

HEARING CONCLUDED.
**Court in recess:      2:43 p.m.**
Total time in court:  00:09

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.